# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134278

DONNA COMPEAU,
    Plaintiff-Appellee,

v

ROBERT M. CURRIER, D.O., and ROBERT M.
CURRIER, D.O., P.C., a/k/a NORTHERN EYE,
    Defendants-Appellants,

and

ALPENA GENERAL HOSPITAL,
    Defendant.
_____/

SC: 134278
COA: 274495
Alpena CC: 04-003455-NH

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917